UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIE A ARNOLD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ATTORNEY GENERAL DEPARTMENT OF JUSTICE,<br><br>　　　　Defendant. | Case No. 19-cv-05147-SVK<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT**<br><br>Re: Dkt. No. 29 |

On November 29, 2019, Plaintiff filed a motion for leave to file an amended complaint without attaching the proposed amended complaint. Dkt. 29. On December 20, 2019, Defendant filed a motion to dismiss Plaintiff's original complaint. Dkt. 31. The motion to dismiss has been fully briefed. Given the posture of the pleadings, the Court **ORDERS** as follows:

Plaintiff's motion for leave to file an amended complaint is **GRANTED**. Plaintiff is ordered to file an amended complaint by **January 16, 2020**.

If Plaintiff files an amended complaint, Defendant must respond to that amended complaint within twenty-one (21) days.

If Plaintiff does not file an amended complaint by the January 16 deadline, the Court will take under submission the pending motion to dismiss Plaintiff's original complaint. No further filings by either party will be allowed.

**SO ORDERED.**

Dated: January 6, 2020

SUSAN VAN KEULEN
United States Magistrate Judge