UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIE A ARNOLD,<br><br>    Plaintiff,<br><br>v.<br><br>ATTORNEY GENERAL DEPARTMENT OF JUSTICE, et al.,<br><br>    Defendants. | Case No. 19-cv-05147-SVK<br><br>**ORDER DENYING AS MOOT DEFENDANTS' DECEMBER 20, 2019 MOTION TO DISMISS**<br><br>Re: Dkt. No. 31 |

On December 20, 2019, Defendants United States Attorney General and United States Department of Justice (collectively, "Defendants") filed a motion to dismiss Plaintiff Marie A. Arnold's ("Plaintiff") complaint. Dkt. 31. On January 6, 2020, this Court granted Plaintiff leave to file a first amended complaint without ruling on Defendants' motion. Dkt. 35. Plaintiff filed a first amended complaint on January 13, 2020 (Dkt. 37) and on February 3, 2020, Defendants filed a motion to dismiss Plaintiff's first amended complaint. Dkt. 40.

As Plaintiff's original complaint has been superseded by her first amended complaint, the Court **DENIES AS MOOT** Defendants' December 20, 2019 motion to dismiss and will address Defendants' motion to dismiss the first amended complaint in due course.

**SO ORDERED.**

Dated: February 4, 2020

SUSAN VAN KEULEN
United States Magistrate Judge