UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARIE A ARNOLD,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

Case No. 19-cv-05147-SVK

**JUDGMENT**

Pursuant to the Court's February 13, 2020 order granting Defendant's motion to dismiss, judgment is hereby entered in favor of Defendant and against Plaintiff.

**SO ORDERED.**

Dated: February 13, 2020

SUSAN VAN KEULEN
United States Magistrate Judge